# EXHIBIT B

14/09/2018							Gmail - Fwd: Scan Jan 25, 2017, 7.54 AM

# M Gmail

zween project management <zweenproject@gmail.com>

## Fwd: Scan Jan 25, 2017, 7.54 AM
1 message

**Michael Diamond** <mldiamond@gmail.com>									Wed, Jan 25, 2017 at 12:56 PM
To: Zween Project Management <zweenproject@gmail.com>

Hi Richard,
Signed agreement attached. You summarized well and all makes sense.
And the fabric of this agreement is trust and partnership. We have the same focus from day one. We are both dedicated to making this a success.
MD


---------- Forwarded message ----------
From: **Michael Diamond** <mldiamond@yahoo.com>
Date: Wed, Jan 25, 2017 at 7:54 AM
Subject: Scan Jan 25, 2017, 7.54 AM
To: mldiamond@gmail.com

Created with Scanner Pro

[Attached agreement image — rotated sideways, partially legible. Contents include:]

**TRAVEL PARTNERSHIP AGREEMENT**

**Contracting parties**
1) COBBLESTONE PRIVATE TRAVEL, Inc USA (CPT), based in Brooklyn, New York
2) COBBLESTONE PRIVATE TRAVEL MOROCCO (CPTM), based in Marrakesh, Morocco

The two parties agree to enter into a five (5) years exclusive partnership agreement whereby CPT will have responsibility for all USA based sales activity to target market (as indicated in target mark below), and CPTM will have all responsibility for administrative, ground operations, and all delivery mechanisms for client services in Morocco. This agreement will be automatically recurring with the same terms and conditions, unless one or both parties request a review of both terms and conditions.

**FOUNDATION OF PARTNERSHIP:**
- Expertise: Know the destination better than anyone
- Relationships on the ground - top guides, the ability to open doors for travelers
- Partnership - Travel Agents will keep coming back if you make their life easier
- Responsibility - take ownership of the planning process and the results. Travel involves many random factors. We will manage them and advocate for the client
- Patience to get to know the client
- Enthusiasm. Let the love of place, love of travel come through

**TARGET MARKET:**
- The upscale traveler and their travel agent
- Travel agency / agent influencers at Brownell, Protravel, Valerie Wilson, Cadence, TravelStore, Altour etc.
- The aging baby boomer with the means to take two or three big trips a year
- To keep T+L CNT industry designations that will drive a "direct to client market"

**MARKETING ACTIVITY:**
- Trade Shows
- CPT will apply for the PURE trade show and split the costs for the first year with CPTM
- CPT and CPTM will work to identify other pertinent trade shows and discuss financial sharing in those efforts as they make business sense
- Travel agent familiarization trips / educational
- CPT and CPTM will work as a team to procure comp / discount services for travel agents, and provide fee on ground services when applicable

**PRESS & PR**
- Work as a team to nurture press relationships
- Provide content / research to help grow our profile with the press

**FINANCIAL AGREEMENT:**
- CPTM will be responsible for getting competitive contracted rates at hotels and suppliers as needed
- CPTM will create a rate book of prices to CPT
- Mark up / hotel prices will be split between CPTM and CPT when commission is 20% or less
- Example: if a hotel gives a 15% commission from a rack rate. The price to CPT is net rate plus 7.5%. If commission is over 20%, the price to CPT will not exceed half of the commission percentage
- Services and special content to be marked up 10% over CPTM cost

COBBLESTONE PRIVATE TRAVEL U.S.A				COBBLESTONE PRIVATE TRAVEL MOROCCO

								Marrakech, January 23rd 2017

Sent from my iPhone

https://mail.google.com/mail/u/0/?ui=2&ik=b44dd4251d&jsver=CjTH3K6uFRk.en.&cbl=gmail_fe_180905.09_p4&view=pt&q=mldiamond%40gmail...