

**EHRLICH, PETRIELLO, GUDIN & PLAZA**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

*John Petriello, Partner*
direct: (973) 854-6700
john@epgp-law.com

November 6, 2018

**VIA ECF**
Hon. Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:   Cobblestone Private Travel Morocco v.
            Cobblestone Private Travel, Inc.
            Index No. 18-cv-5246

Dear Judge Levy:

    This office represents Defendant Cobblestone Private Travel, Inc. Counsel for Plaintiff, Caren Decter, Esq., and I appeared before the Honorable Nicholas G. Garaufis on Thursday, November 1, 2018 for a pre-motion conference regarding Defendant's intention to file a motion to dismiss. At that conference, Judge Garaufis instructed the parties to schedule a Rule 16 conference before Your Honor.

    After a telephone conference with Your Honor's clerk, this conference is scheduled for November 8 at 1:00 p.m.

Very truly yours,

John J. Petriello

cc: Caren Decter, Esq. (via ecf)

Please direct replies to:
60 Park Place, Suite 1016, Newark, NJ 07102
Tel: (973) 643-0040 • Fax: (973) 596-1781 • www.epgp-law.com

NEWARK • NEW YORK • MORRISTOWN